# Order

Michigan Supreme Court
Lansing, Michigan

February 28, 2014

147866 & (18)(19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                               SC: 147866
                                               COA: 315348
                                             Wayne CC: 02-014742-FC

ROGER YOUNG,
          Defendant-Appellant.

_____/

On order of the Court, the motion to file supplemental brief is GRANTED. The application for leave to appeal the August 29, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for miscellaneous relief to enter a confession of error is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014 _____



h0224

                                                Clerk